# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:15-cv-22536-RNS

AMANDA JONES,

    Plaintiff,

vs.

KLEWIN CONSTRUCTION, INC.,
a Florida Profit Corporation,
MATTHEW CATES, individually,
KYLE C. KLEWIN, individually,
and TYLER G. KLEWIN, individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties Joint Motion for Approval of Settlement and Dismissal with Prejudice in the above-styled case. The Court, having considered the Joint Motion, and being duly advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED.** The Court finds that the terms of settlement on Plaintiff's FLSA claim are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of settlement and dismisses the above-captioned action, in its entirety, as to all parties, with prejudice, the parties to bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement with respect to the payment of attorneys' fees and costs.

**DONE AND ORDERED** this _____ day of _____, 2015, in Chambers in Miami-Dade County, Florida.

                                                _____
                                                Honorable Robert N. Scola, Jr.
                                                United State District Judge

Copies furnished to:
All counsel of record

#4509471 v1