United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Amanda Jones, Plaintiff )<br>)<br>v. )<br>)<br>Klewin Construction, Inc., and )<br>others, Defendants ) | Civil Action No. 15-22536-Civ-Scola |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Joint Mot., ECF No. 22.) Having reviewed the record, the relevant legal authorities, and the parties' settlement agreement the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court also **grants in part** the parties' joint motion to file the settlement agreement under seal (ECF Nos. 24 & 26). The Court directs the Clerk of the Court to maintain the parties' settlement agreement (ECF No. 24-1) under seal until **April 21, 2017**, at which time the agreement will be unsealed.

**Done and ordered** in chambers, at Miami, Florida, on October 21, 2015.

_____
Robert N. Scola, Jr.
United States District Judge